IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK EICHENBERG,

    Plaintiff,

v.                                                       No. 12-cv-00795 MV/CG

CAROLYN W. COLVIN,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on April 9, 2015. (Doc. 36). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion for Order Authorizing Attorney's Fees Pursuant to 42 U.S.C. § 406(b) and Supporting Memorandum*, (Doc. 33), be granted and that Plaintiff's Counsel be awarded $12,513 for legal services rendered before this Court. The Magistrate Judge also recommended that Plaintiff's Counsel refund to Plaintiff the $8,095.55 that was previously awarded under EAJA, pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 36 at 5). No objections have been filed and the deadline of April 27, 2014 has passed. The recommendations of the Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Order Authorizing Attorney's Fees Pursuant to 42 U.S.C. § 406(b) and Supporting Memorandum*, (Doc.


33), be **GRANTED**. Plaintiff's Counsel shall be awarded $12,513 for legal services rendered before this Court

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall refund to Plaintiff the $8,095.55 awarded under EAJA.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE